No. 92–8225. ANDERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8228. WINGARD v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–8229. CHAPMAN v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–8230. LEGRAND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8234. CUMMINGS v. MICHIGAN. Recorder's Court, City of Detroit, Mich. Certiorari denied.

No. 92–8236. ROBBINS v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–8238. NEWMAN v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 92–8243. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8244. CHRISTIAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8246. TIN-SUN TSE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8247. ROWE v. JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS. Ct. App. N. Y. Certiorari denied.

No. 92–8250. SHIMEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8251. HUGHLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8252. BADGER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.